IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP DILLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 07-3437-CV-S-DW |
| THE HARTFORD, HARTFORD LIFE GROUP ) | |
| INSURANCE, and HARTFORD LIFE & ) | |
| ACCIDENT INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the case is hereby DISMISSED WITH PREJUDICE with each party to bear its own costs and attorney's fees.


Date:  January 7, 2008                         /s/ Dean Whipple
                                                Dean Whipple
                                                United States District Judge